UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STACY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURMAX, LLC; NEXT PHASE MARKETING; and JEFF RICHARDS; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-0756-CAB-(KSC)<br><br>**ORDER ON MOTION FOR DISMISSAL**<br>**[Doc. No. 18.]** |

On November 22, 2017, Plaintiff Rebecca Stacy filed a motion for dismissal pursuant to Federal Rule of Civil Procedure 41(a). [Doc. No. 18.] The Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** Plaintiff's individual claims and **DISMISSES WITHOUT PREJUDICE** the putative class claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall close the case.

It is **SO ORDERED**.

Dated: November 27, 2017

Hon. Cathy Ann Bencivengo
United States District Judge